**Order entered June 18, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00379-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant**

**V.**

**SHERI KOWALSKI, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-03723-E**

### ORDER

The reporter's record in this appeal is incomplete. Before the Court is court reporter Brooke Wagner's June 16, 2021 request for an extension of time to file the missing record.

We **GRANT** the request and **ORDER** the record be filed no later than July 2, 2021.

Appellant's brief shall be filed within twenty days of the filing of the missing record.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE